KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for GARY HOUSE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 14-MJ-00180KJN |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE |
| ) | STATUS CONFERENCE AND TRIAL |
| ) | DATE |
| GARY HOUSE ) | |
| ) | Date: 11-5-2014 & 11-10-2014 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Judge: Hon. Kendal J. Newman |

    Plaintiff United States of America, by and through its counsel of record, and defendant Gary House, by and through his counsel of record, hereby stipulate as follows:

    1.  By previous order, this matter was set for trial on October 14, 2014.

    2.  By this stipulation, defendant now moves to set a status conference for November 5, 2014, and to continue the trial date to November 10, 2014, and to exclude time between October 14, 2014 and November 10, 2014, under Local Code T4. Plaintiff does not oppose this request.

    3.  The parties agree and stipulate, and request that the Court find the

-1-

following:

    a.    The government has provided initial discovery.

    b.    Counsel for defendant desires additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with her client. Counsel is continuing to engage in negotiations with the government.

    c.    In addition, counsel for defendant is beginning a three defendant homicide in Sacramento Superior Court on Tuesday, October 14, 2014 (*People v. Mabson, Godines & McPherson*.) Due to that trial, counsel for defendant will be unavailable to try Mr. House's trial on October 14, 2014.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 14, 2014 to November 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the

defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 10, 2014                      Respectfully submitted,

                                              /s/ Kelly Babineau  
                                              KELLY BABINEAU  
                                              Attorney for Gary House

Dated: October 10, 2014                      /s/ Ahmed Mian  
                                              Kelly Babineau for:  
                                              AHMED MIAN  
                                              Assistant U.S. Attorney

### O R D E R

    IT IS SO FOUND AND ORDERED this 10th  day of October  2014.

Dated:  October 10, 2014

                                              KENDALL J. NEWMAN  
                                              UNITED STATES MAGISTRATE JUDGE