```
BENJAMIN B. WAGNER
United States Attorney
AHMED I. MIAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MJ-00180-KJN |
| Plaintiff, | ORDER CONTINUING COURT TRIAL |
| v. | |
| GARY LEE HOUSE, | DATE: November 10, 2014 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

    It is hereby ordered that the court trial scheduled for November 10, 2014, at 9:00 a.m., is continued to December 8, 2014, at 9:00 a.m.

    IT IS SO ORDERED.

Dated:  October 29, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1